164 So.2d 359

Floyd W. WOMACK, Jr.

v.

Manfred STERNBERG.

No. 47270.

May 27, 1964.

In re: Manfred Sternberg applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 162 So.2d 119.

Writ granted. Limited to the items of damages assessed by the Court of Appeal against the defaulting party.

■

164 So.2d 359

S. & W. INVESTMENT CO., Inc.

v.

OTIS W. SHARP & SON, INC.
No. 47261.

May 27, 1964.

In re: S. & W. Investment Co., Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 162 So.2d 171.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.